**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LARRY PARKS | : |
|     Plaintiff | : |
| v | :    Civil Action No. DKC-06-2214 |
| WARDEN | : |
|     Defendant | : |

o0o

**MEMORANDUM**

The above-captioned case was filed on August 22, 2006, together with a Motion to Proceed In Forma Pauperis. Because he appears to be indigent, Plaintiff's Motion shall be granted. For the reasons that follow, the Complaint must be dismissed without prejudice.

Plaintiff alleges that the fingers on his left hand were broken and nearly severed when his hand was shut in a door at Eastern Correctional Institution (ECI) where he is currently incarcerated. Paper No. 1. He asserts that of his injury was caused by negligent maintenance of the door and does not claim that the person who closed the door acted intentionally to harm him. *Id*. Indeed, Plaintiff fashions his claim as a Tort Claim filed against the State of Maryland and ECI. *Id*.

Plaintiff filed a similar Complaint concerning the same allegations which was dismissed without prejudice because he had not exhausted administrative remedies. *See Parks v. Warden*, Civil Action No. DKC-06-1559 (D. Md. 2006). In the court's Memorandum opinion, Plaintiff was cautioned that if his claim relies solely on an allegation of negligence, it is appropriately filed in state court after exhausting administrative remedies[1] as required by the Maryland State Tort Claims

---

[1] The Maryland State Tort Claims Act requires written notice to be provided to the State Treasurer and exhaustion of administrative remedies through the Inmate Grievance Office. *See* Md. St. Gov't Code Ann. § 12-107, *see also Earle v. Gunnell*, 78 Md.App. 648, 652, 554 A.2d 1256, 1258 (1989).

Act. *Id. citing* Md. St. Gov't Code Ann. §12-101 *et seq*. It is clear from the instant Complaint that Plaintiff's claim is not a federal claim and should be pursued in the appropriate state court. Accordingly, the Complaint shall be dismissed without prejudice by separate Order which follows.

   9/1/06                                            _____/s/_____
Date                                                    DEBORAH K. CHASANOW
                                                        United States District Judge

2